AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Penobscot Indian Nation, Penobscot Indian
Nation Enterprises, and Global Direct Sales,
LLC

**SUMMONS IN A CIVIL CASE**

V.

United States Department of Housing and
Urban Development, et al.

Case: 1:07-cv-01282
Assigned To : Friedman, Paul L.
Assign. Date : 07/18/2007
Description: ADMN AGENCY REVIEW

TO: (Name and address of Defendant)

United States Department of Housing and Urban
Development
451 7th Street, SW
Washington, DC  20410

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary E. Mason
The Mason Law Firm, LLP
1225 19th Street, N.W.
Suite 500
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              JUL 1 8 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Penobscot Indian Nation, et al.

vs.

United States Department of Housing and Urban Development, et al.

No. 1:07-CV-01282 PLF

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:36 am on July 23, 2007, I served United States Department of Housing and Urban Development at 451 7th Street, SW, Washington, DC 20410 by serving Pinkey Elliott, Legal Assistant, authorized to accept. Described herein:

```
   SEX-   FEMALE
   AGE-   30
HEIGHT-   5'7"
  HAIR-   BLACK
WEIGHT-   250
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7-24-07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 191555