AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Penobscot Indian Nation, Penobscot Indian
Nation Enterprises, and Global Direct Sales,
LLC

**SUMMONS IN A CIVIL CASE**

V.

United States Department of Housing and
Urban Development, et al.

Case: 1:07-cv-01282
Assigned To : Friedman, Paul L.
Assign. Date : 07/18/2007
Description: ADMN AGENCY REVIEW

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary E. Mason
The Mason Law Firm, LLP
1225 19th Street, N.W.
Suite 500
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                JUL 1 8 2007

CLERK                                                  DATE

_/s/ Ta Janan Scott_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Penobscot Indian Nation, et al.

vs.

United States Department of Housing and Urban Development, et al.

No. 1:07-CV-01282 PLF

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:16 pm on July 20, 2007, I served Jeffrey A. Taylor, United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Docket Clerk, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     35
HEIGHT-  5'4"
HAIR-    BLACK
WEIGHT-  135
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 7-23-07
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 191553