# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, PENOBSCOT INDIAN NATION ENTERPRISES and GLOBAL DIRECT SALES, LLC, <br><br> Plaintiffs, <br><br> -v- <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON IN HIS CAPACITY AS SECRETARY OF HOUSING AND URBANDEVELOPMENT, ROY A. BERNARDI, IN HIS CAPACITY AS DEPUTY SECRETARY OF HOUSING AND URBAN DEVELOPMENT AND BRIAN MONTGOMERY, IN HIS CAPACITY AS ASSISTANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT AND COMMISSIONER OF THE FEDERAL HOUSING ADMINISTRATION, <br><br> Defendants. | Case No.: 1:07-cv-01282 <br><br> **NOTICE OF FILING** |

     Plaintiffs, by and through counsel, hereby certify that the Notice of Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 56 for Summary Judgment, Memorandum in Support, Statement of Facts, Affidavit of Christopher Russell, Proposed Order and Exhibits A through P were sent by First Class Mail to the following on August 10, 2007:

To:    Alberto R. Gonzales
        United States Attorney General
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Suite 500
        Washington, D.C. 20530-0001

United States Department of Housing
  and Urban Development
451 7th Street, SW
Washington, D.C. 20410


Jeffrey A. Taylor, Esq.
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530


Dated:  August 10, 2007
        Washington, D.C.

                                            Respectfully submitted,

                                            **THE MASON LAW FIRM, LLP**

                                            /s/ Gary E. Mason_____
                                            Gary E. Mason
                                            Attorneys for Plaintiffs
                                            1225 19th Street Northwest
                                            Washington, D.C.  20036
                                            (202) 429-2290

                                            **KANTROWITZ, GOLDHAMER
                                              & GRAIFMAN, P.C.**
                                            Attorneys for Plaintiffs
                                            747 Chestnut Ridge Road
                                            Chestnut Ridge, N.Y. 10977
                                            (845) 356-2570