UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P<small>ENOBSCOT</small> I<small>NDIAN</small> N<small>ATION</small> and, <br> P<small>ENOBSCOT</small> I<small>NDIAN</small> N<small>ATION</small> E<small>NTERPRISES</small> <br> 12 Wabanaki Way <br> Indian Island, ME 04468, <br><br> And <br><br> G<small>LOBAL</small> D<small>IRECT</small> S<small>ALES</small>, LLC <br> 7824 Cessna Avenue <br> Gaithersberg, MD 20879 <br><br>           Plaintiffs, <br><br>           v. <br><br> U<small>NITED</small> S<small>TATES</small> D<small>EPARTMENT</small> O<small>F</small> H<small>OUSING</small> <br>   & U<small>RBAN</small> D<small>EVELOPMENT</small>, A<small>LPHONSO</small> <br> J<small>ACKSON</small> I<small>N</small> H<small>IS</small> C<small>APACITY</small> A<small>S</small> S<small>ECRETARY</small> <br> O<small>F</small> H<small>OUSING</small> A<small>ND</small> U<small>RBAN</small> D<small>EVELOPMENT</small>, <br> R<small>OY</small> A. B<small>ERNARDI</small>, I<small>N</small> H<small>IS</small> C<small>APACITY</small> A<small>S</small> <br>   D<small>EPUTY</small> S<small>ECRETARY</small> O<small>F</small> H<small>OUSING</small> & U<small>RBAN</small> <br>   D<small>EVELOPMENT</small> A<small>ND</small> B<small>RIAN</small> M<small>ONTGOMERY</small>, <br>   I<small>N</small> H<small>IS</small> C<small>APACITY</small> A<small>S</small> A<small>SSISTANT</small> S<small>ECRETARY</small> <br>   O<small>F</small> H<small>OUSING</small> A<small>ND</small> U<small>RBAN</small> D<small>EVELOPMENT</small> <br>   A<small>ND</small> C<small>OMMISSIONER</small> O<small>F</small> T<small>HE</small> F<small>EDERAL</small> <br>   H<small>OUSING</small> A<small>DMINISTRATION</small>, <br> 451 7th Street, S.W. <br> Washington, D.C. 20410 <br><br>           Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 07-1282 (PLF) <br> )    Electronic Case Filing <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## N<small>OTICE</small> O<small>F</small> A<small>PPEARANCE</small>

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendants in the above-captioned case.

Respectfully submitted,

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 / (202) 514-8789 (fax)
Jane.Lyons@usdoj.gov

Dated: August 22, 2007

Annette Dennis
Paralegal Specialist