UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1282 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOUSING & URBAN DEVELOPMENT *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants United States Department of Housing and Urban Development ("HUD"), its Secretary, Alphonso R. Jackson, Deputy Secretary Roy Bernardi, and Assistant Secretary Brian Montgomery respectfully request an extension of time until September 18, 2007 in which to file a response or opposition to plaintiffs' motion for summary judgment. Plaintiffs, through their counsel, graciously consent to the relief being sought in this motion. The grounds for this motion are set forth below and a proposed order is attached.

Plaintiffs filed this action under the Administrative Procedure Act. See Complaint, ¶ 4. Plaintiffs allege that "HUD has instructed plaintiffs and third-parties that the [plaintiffs' Grant America Program] does not comply with HUD regulations." See Compl. ¶ 3. Plaintiffs allege that the Grant America Program ("GAP") provides downpayment assistance for low to moderate-income home buyers and "complies fully with HUD regulations." See Compl. ¶¶ 2, 19. For relief, Plaintiffs seek declarations that GAP complies with HUD regulations and that HUD's

alleged actions were arbitrary, capricious, an abuse of discretion or not in accordance with law. Plaintiffs also allege a cause of action based on an alleged breach of fiduciary duty causing an unspecified amount of damages. See Compl. Third Cause of Action. Plaintiffs also seek punitive damages and permanent injunctive relief. Compl. ¶¶ 47, 50. Plaintiff filed the action on July 18, 2007, and a copy of the complaint, along with a summons, were received in the Civil Division of the U.S. Attorney's Office on July 20, 2007. Accordingly, defendant's initial response to the complaint is currently due on September 18, 2007. See Fed. R. Civ. P. 12(a)(3).

On August 10, 2007, shortly after the U.S. Attorney's Office assigned daily responsibility for this matter internally to an Assistant United States Attorney ("AUSA"), plaintiffs filed a motion for partial summary judgment on the declaratory judgment action. See Docket Entry No. 5. As of the filing of this motion, HUD has provided some preliminary information concerning the subject of the action, but undersigned counsel and defendants require at least the time remaining for responding to the complaint in this action (until September 18, 2007) to investigate possible defenses and to draft appropriate response to the complaint and plaintiffs' partial motion for summary judgment. In particular, based on only a preliminary assessment, undersigned counsel suspects that the appropriate response to the complaint may be a motion to dismiss this case in whole or in part. Inevitably, there will be some interplay between defendants' response to the complaint and plaintiffs' motion for summary judgment such that it is impractical for defendants to respond to plaintiffs' motion at this time.

This is defendants' first request for an extension of time. The need to become familiar with the facts and governing law relating to the claims requires time. The AUSA assigned to this case has a heavy docket of active cases already pending in this Court and in the D.C. Circuit.

This motion is filed in good faith and granting it will not unduly delay the Court's ability to resolve this case. Indeed, the interests of the parties and the Court are better served by providing sufficient time for the government to respond to the complaint in a way which will advance the ultimate resolution of this case and present the issues for decision sharply.

## Conclusion

For all of these reasons, defendants respectfully request that the deadline for filing a response to plaintiffs' motion for partial summary judgment be extended from August 23, 2007 through and including September 18, 2007.

Date: August 22, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

 /s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOUSING & URBAN DEVELOPMENT *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1282 (PLF) |

**O R D E R**

UPON CONSIDERATION of defendant's first consent motion for extension of time to respond to the plaintiffs' motion for partial summary judgment and the entire record in this matter, the Court finds good cause for the relief being sought. Accordingly, it is this _____ day of _____, 2007,

**ORDERED** that defendants' motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including September 18, 2007 to file their response to plaintiffs' motion for summary judgment.

_____
PAUL L. FRIEDMAN
United States District Judge

Copies To Counsel of Record Through ECF