UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, PENOBSCOT INDIAN NATION ENTERPRISES and GLOBAL DIRECT SALES, LLC,<br><br>Plaintiffs,<br><br>-v-<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON IN HIS CAPACITY AS SECRETARY OF HOUSING AND URBANDEVELOPMENT, ROY A. BERNARDI, IN HIS CAPACITY AS DEPUTY SECRETARY OF HOUSING AND URBAN DEVELOPMENT AND BRIAN MONTGOMERY, IN HIS CAPACITY AS ASSISTANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT AND COMMISSIONER OF THE FEDERAL HOUSING ADMINISTRATION,<br><br>Defendants. | Case No.: 1:07-cv-01282 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Come now Plaintiffs, the Penobscot Indian Nation, Penobscot Indian Nation Enterprises and Global Direct Sales, LLC, in the above styled action and request that the Court GRANT admission *Pro Hac Vice* for their attorney, Michael L. Braunstein, Esq., of the firm Kantrowitz, Goldhamer & Graifman, P.C., 747 Chestnut Ridge Road, Chestnut Ridge, New York 10977, telephone number (845) 356-2570.

Michael L. Braunstein, Esq. is an attorney licensed and in good standing by the states of New York and New Jersey. He is also licensed to practice before the United

1

## VERIFICATION

STATE OF NEW YORK §
§
COUNTY OF ROCKLAND §

Before me, the undersigned notary, on this day, personally appeared Michael L. Braunstein, Esq., a person whose identity is known to me. After I administered an oath to him, he verified that he read the foregoing Motion For Admission *Pro Hac Vice* and the facts stated therein are within his personal knowledge and are true and correct.

_____
Michael L. Braunstein

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority on this the 18th day of September, 2007, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF NEW YORK

Michele Lisa Meyers
Printed Name of Notary

My Commission Expires:

04/10/2010

MICHELE LISA MEYERS
Notary Public, State of New York
No. 01ME6143558
Qualified in Rockland County
Commission Expires 04/10/2010

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, PENOBSCOT ) <br> INDIAN NATION ENTERPRISES and ) <br> GLOBAL DIRECT SALES, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -v- ) <br> ) <br> UNITED STATES DEPARTMENT OF HOUSING ) <br> AND URBAN DEVELOPMENT, ALPHONSO ) <br> JACKSON IN HIS CAPACITY AS SECRETARY ) <br> OF HOUSING AND URBANDEVELOPMENT, ) <br> ROY A. BERNARDI, IN HIS CAPACITY AS ) <br> DEPUTY SECRETARY OF HOUSING AND ) <br> URBAN DEVELOPMENT AND BRIAN ) <br> MONTGOMERY, IN HIS CAPACITY AS ) <br> ASSISTANT SECRETARY OF HOUSING AND ) <br> URBAN DEVELOPMENT AND ) <br> COMMISSIONER OF THE FEDERAL HOUSING ) <br> ADMINISTRATION, ) <br> ) <br> Defendants. ) | Case No.: 1:07-cv-01282 |

## **ORDER**

The Court hereby GRANTS the Motion for Admission *Pro Hac Vice* for Michael L. Braunstein, Esq. in the above styled matter.

Dated:

_____
Hon. Paul L. Friedman,