UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, PENOBSCOT INDIAN NATION ENTERPRISES and GLOBAL DIRECT SALES, LLC,<br><br>Plaintiffs,<br><br>-v-<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON IN HIS CAPACITY AS SECRETARY OF HOUSING AND URBANDEVELOPMENT, ROY A. BERNARDI, IN HIS CAPACITY AS DEPUTY SECRETARY OF HOUSING AND URBAN DEVELOPMENT AND BRIAN MONTGOMERY, IN HIS CAPACITY AS ASSISTANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT AND COMMISSIONER OF THE FEDERAL HOUSING ADMINISTRATION,<br><br>Defendants. | Case No.: 1:07-cv-01282 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Come now Plaintiffs, the Penobscot Indian Nation, Penobscot Indian Nation Enterprises and Global Direct Sales, LLC, in the above styled action and request that the Court GRANT admission *Pro Hac Vice* for their attorney, Michael L. Braunstein, Esq., of the firm Kantrowitz, Goldhamer & Graifman, P.C., 747 Chestnut Ridge Road, Chestnut Ridge, New York 10977, telephone number (845) 356-2570.

Michael L. Braunstein, Esq. is an attorney licensed and in good standing by the states of New York and New Jersey. He is also licensed to practice before the United

1

States District Courts for the Southern and Eastern Districts of New York and District of New Jersey.

Michael L. Braunstein, Esq. will be participating in this case with Gary Mason, a lawyer licensed in the District of Columbia. Michael L. Braunstein, Esq. has not been admitted *pro hac vice* to the District of Columbia in the last two years, does not engage in the practice of law from an office located in the District Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

Michael L. Braunstein, Esq. has read and is familiar with the Local Rules for the District of Columbia.

Therefore, the Plaintiffs request that the Court GRANT the *Pro Hac Vice* admission of Michael L. Braunstein, Esq.

Dated: September 18, 2007

                                    Respectfully submitted,

BY:  /s/ Gary E. Mason
       Gary E. Mason #418073
       **THE MASON LAW FIRM, P.C.**
       1225 19th St., NW
       Suite 500
       Washington, DC 20036
       Tel: 202/429.2290

       ATTORNEY FOR PLAINTIFFS

VERIFICATION

STATE OF NEW YORK §
§
COUNTY OF ROCKLAND §

Before me, the undersigned notary, on this day, personally appeared Michael L. Braunstein, Esq., a person whose identity is known to me. After I administered an oath to him, he verified that he read the foregoing Motion For Admission *Pro Hac Vice* and the facts stated therein are within his personal knowledge and are true and correct.

_____
Michael L. Braunstein

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority on this the 18th day of September, 2007, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF NEW YORK

_Michele Lisa Meyers_
Printed Name of Notary

My Commission Expires:

04/10/2010

MICHELE LISA MEYERS
Notary Public, State of New York
No. 01ME6143556
Qualified in Rockland County
Commission Expires 04/10/2010

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, PENOBSCOT ) <br> INDIAN NATION ENTERPRISES and ) <br> GLOBAL DIRECT SALES, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -v- ) <br> ) <br> UNITED STATES DEPARTMENT OF HOUSING ) <br> AND URBAN DEVELOPMENT, ALPHONSO ) <br> JACKSON IN HIS CAPACITY AS SECRETARY ) <br> OF HOUSING AND URBANDEVELOPMENT, ) <br> ROY A. BERNARDI, IN HIS CAPACITY AS ) <br> DEPUTY SECRETARY OF HOUSING AND ) <br> URBAN DEVELOPMENT AND BRIAN ) <br> MONTGOMERY, IN HIS CAPACITY AS ) <br> ASSISTANT SECRETARY OF HOUSING AND ) <br> URBAN DEVELOPMENT AND ) <br> COMMISSIONER OF THE FEDERAL HOUSING ) <br> ADMINISTRATION, ) <br> ) <br> Defendants. ) | Case No.: 1:07-cv-01282 |

## **ORDER**

The Court hereby GRANTS the Motion for Admission *Pro Hac Vice* for Michael L. Braunstein, Esq. in the above styled matter.

Dated:

_____
Hon. Paul L. Friedman,