UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, et al. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HOUSING AND URBAN )<br>DEVELOPMENT, et al., )<br>)<br>    Defendants. )<br>) | Civil Action No. 07-1282 (PLF) |

ORDER

    The Court has before it plaintiffs' Motion for Preliminary Injunctive Relief. On October 25, 2007, the parties in an unrelated case, AmeriDream, Inc. v. Jackson, Civil Action No. 07-1752, came before the Court for a hearing. At that hearing, it became apparent that the claims and issues raised by the motion for a preliminary injunction in this case are largely the same as the claims and issues that will be raised by similar motions challenging the same Final Rule in Civil Action No. 07-1752. Counsel for the plaintiffs in this case was present at that hearing and represented that he and his client were willing and able to participate in the preliminary injunction hearing currently scheduled for Civil Action No. 07-1752 on October 30, 2007.

    Accordingly, it is hereby

    ORDERED that the hearing on plaintiffs' Motion for Preliminary Injunctive Relief will be held in conjunction with the hearing on any motions for preliminary injunctive relief in Civil Action No. 07-1752. That hearing will be held at 10:00 a.m. on October 30, 2007; and it is

    FURTHER ORDERED that defendant's opposition to plaintiff's Motion for

Preliminary Injunctive Relief in this case shall be filed by 4:00 p.m. on October 29, 2007.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 25, 2007