AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Penobscot Indian Nation, et al.

        Plaintiff(s)

        vs.

United States Department of Housing and Urban Development, et al.

        Defendant(s)

APPEARANCE

CASE NUMBER  1:07-cv-01282-PLF

To the Clerk of this court and all parties of record:

Please enter the appearance of   Nicholas A. Migliaccio   as counsel in this
                                    (Attorney's Name)

case for: Penobscot Indian Nation, Penobscot Indian Nation Enterprises and Global Direct Sales, LLC
                    (Name of party or parties)

October 25, 2007
Date

/s/ Nicholas A. Migliaccio
Signature

484366
BAR IDENTIFICATION

Nicholas A. Migliaccio
Print Name

1225 19th Street, NW, Suite 500
Address

Washington, DC    20036
City    State    Zip Code

202-429-2290
Phone Number