# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, PENOBSCOT INDIAN NATION ENTERPRISES and GLOBAL DIRECT SALES, LLC, <br><br> Plaintiffs, <br><br> -v- <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON IN HIS CAPACITY AS SECRETARY OF HOUSING AND URBANDEVELOPMENT, ROY A. BERNARDI, IN HIS CAPACITY AS DEPUTY SECRETARY OF HOUSING AND URBAN DEVELOPMENT AND BRIAN MONTGOMERY, IN HIS CAPACITY AS ASSISTANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT AND COMMISSIONER OF THE FEDERAL HOUSING ADMINISTRATION, <br><br> Defendants. | Case No.: 1:07-cv-01282 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Come now Plaintiffs, the Penobscot Indian Nation, Penobscot Indian Nation Enterprises and Global Direct Sales, LLC, in the above styled action and request that the Court GRANT admission *Pro Hac Vice* for their attorney, Michael L. Braunstein, Esq., of the firm Kantrowitz, Goldhamer & Graifman, P.C., 747 Chestnut Ridge Road, Chestnut Ridge, New York 10977, telephone number (845) 356-2570.

Michael L. Braunstein, Esq. is an attorney licensed and in good standing by the states of New York and New Jersey. He is also licensed to practice before the United

States District Courts for the Southern and Eastern Districts of New York and District of New Jersey.

    Michael L. Braunstein, Esq. will be participating in this case with Gary Mason, a lawyer licensed in the District of Columbia.    Michael L. Braunstein, Esq. has not been admitted *pro hac vice* to the District of Columbia in the last two years, does not engage in the practice of law from an office located in the District Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

    Michael L. Braunstein, Esq. has read and is familiar with the Local Rules for the District of Columbia.

    Therefore, the Plaintiffs request that the Court GRANT the *Pro Hac Vice* admission of Michael L. Braunstein, Esq.

Dated:  October 26, 2007

                                      Respectfully submitted,


                        BY:   /s/ Gary E. Mason
                                Gary E. Mason #418073
                                **THE MASON LAW FIRM, P.C.**
                                1225 19th St., NW
                                Suite 500
                                Washington, DC 20036
                                Tel: 202/429.2290

                                ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION *et al.*, )<br>)<br>Plaintiffs,   )<br>)<br>-v-   )<br>)<br>UNITED STATES DEPARTMENT OF HOUSING )<br>AND URBAN DEVELOPMENT *et al.*,   )<br>)<br>Defendants.   )<br>_____ ) | Case No.: 07-1282 (PLF) |

**DECLARATION IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

I, **Michael L. Braunstein,** declare, under the penalty of perjury, as follows:

1. I am an attorney with the law firm Kantrowitz, Goldhamer & Graifman, P.C., attorneys for the plaintiffs' in the instant action. I submit this declaration in support of my motion to appear *pro hac vice* in this matter.

2. My full name is Michael Louis Braunstein. The law firm of Kantrowitz, Goldhamer & Graifman, P.C. is located at 747 Chestnut Ridge Road, Chestnut Ridge, New York 10977. The firm's telephone number is (845) 356-2570.

3. I am a member of the New York and New Jersey state bars. I am a member of the bar for the United States District Court for the Southern and Eastern Districts of New York and District of New Jersey. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years and I do not engage in the practice of law from an office located in the District of Columbia.

WHEREFORE, based on the foregoing, it is respectfully requested that the instant application be granted.

_____
Michael L. Braunstein

STATE OF NEW YORK    )
                     )
COUNTY OF ROCKLAND   )

Subscribed and sworn to (or affirmed) before me on this 26th day of October, 2007.

_____
Notary Public

MICHELE LISA MEYERS
Notary Public, State of New York
No. 01ME6143556
Qualified in Rockland County
Commission Expires 04/10/2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, PENOBSCOT ) <br> INDIAN NATION ENTERPRISES and ) <br> GLOBAL DIRECT SALES, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -v- ) <br> ) <br> UNITED STATES DEPARTMENT OF HOUSING ) <br> AND URBAN DEVELOPMENT, ALPHONSO ) <br> JACKSON IN HIS CAPACITY AS SECRETARY ) <br> OF HOUSING AND URBANDEVELOPMENT, ) <br> ROY A. BERNARDI, IN HIS CAPACITY AS ) <br> DEPUTY SECRETARY OF HOUSING AND ) <br> URBAN DEVELOPMENT AND BRIAN ) <br> MONTGOMERY, IN HIS CAPACITY AS ) <br> ASSISTANT SECRETARY OF HOUSING AND ) <br> URBAN DEVELOPMENT AND ) <br> COMMISSIONER OF THE FEDERAL HOUSING ) <br> ADMINISTRATION, ) <br> ) <br> Defendants. ) | Case No.: 1:07-cv-01282 |

## **ORDER**

The Court hereby GRANTS the Motion for Admission *Pro Hac Vice* for Michael L. Braunstein, Esq. in the above styled matter.

Dated:

_____
Hon. Paul L. Friedman,

1