IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN TRIBE,<br>PENOBSCOT INDIAN NATION ENTERPRISES<br>and GLOBAL DIRECT SALES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT,<br>et al.,<br><br>    Defendants. | Case Number: 1:07cv01282<br><br>Hon. Paul L. Friedman |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, lead counsel in this matter has changed. Trial attorneys Michael Sitcov, Tamara Ulrich, Robert J. Katerberg, Christopher Hall, and Scott Risner of the United States Department of Justice, Civil Division, Federal Programs Branch, enter their appearance as counsel on behalf of Defendant Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development, in the above-captioned case. The telephone and facsimile numbers and electronic mail addresses of counsel are listed below:

    Michael Sitcov
    (202) 514-1944 (tel)
    (202) 616-8460 (fax)
    Michael.Sitcov@usdoj.gov

    Tamara Ulrich
    (202) 305-1432 (tel)
    (202) 616-8470 (fax)
    Tamara.Ulrich@usdoj.gov

      Robert J. Katerberg
      (202) 616-8298 (tel)
      (202) 616-8460 (fax)
      Robert.Katerberg@usdoj.gov

      Christopher Hall
      (202) 514-4778 (tel)
      (202) 616-8470 (fax)
      Christopher.Hall@usdoj.gov

      Scott Risner
      (202) 514-2395 (tel)
      (202) 616-8470 (fax)
      Scott.Risner@usdoj.gov

      Above-identified counsel will replace prior lead counsel, Jane M. Lyons of the United States Department of Justice, United States Attorney's Office for the District of Columbia.

Dated: October 26, 2007                Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        */s/ Christopher R. Hall*
                                        MICHAEL SITCOV
                                        TAMARA ULRICH
                                        CHRISTOPHER HALL
                                        ROBERT J. KATERBERG
                                        SCOTT RISNER
                                        Trial Attorneys
                                        United States Department of Justice
                                        20 Massachusetts Avenue, N.W.
                                        Washington, D.C. 20530
                                        Telephone: (202) 514-4778
                                        Fax: (202) 616-8470