IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, et al.,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>Defendants. | Civil Action No. 07-1282 (PLF) |

**DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.4(e), Defendants, by and through undersigned counsel, are filing along with this Notice a CD-ROM containing an electronic copy of the Administrative Record in support of the administrative decision at issue in this action. The CD-ROM of the Administrative Record is being maintained in the case file in the Clerk's Office.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

 */s/ Scott Risner*
MICHAEL SITCOV
TAMARA ULRICH
CHRISTOPHER HALL
ROBERT J. KATERBERG
SCOTT RISNER
Trial Attorneys
United States Department of Justice

1

                                                      Civil Division, Federal Programs Branch
                                                      20 Massachusetts Ave., N.W.
                                                      Washington, D.C. 20530
                                                      Tel: (202) 514-2395
                                                      Fax: (202) 616-8470
                                                      Email: scott.risner@usdoj.gov

Dated: October 26, 2007.                         Counsel for Defendants

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 26, 2007, by agreement with counsel for Plaintiffs, I sent a CD-ROM containing an electronic copy of the Administrative Record via Federal Express to:

MICHAEL L. BRAUNSTEIN
Kantrowitz, Goldhamer & Graifman P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977-6216
Attorney for Plaintiffs

Dated: October 26, 2007.           _/s/ Scott Risner_
                     SCOTT RISNER