IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN TRIBE, )<br>PENOBSCOT INDIAN NATION ENTERPRISES )<br>and GLOBAL DIRECT SALES, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Case Number: 1:07cv01282<br><br>Hon. Paul L. Friedman |

**UNOPPOSED MOTION AND MEMORANDUM IN
SUPPORT OF MOTION FOR EXTENSION OF TIME**

    Defendants United States Department of Housing and Urban Development, Alphonso Jackson, Roy A. Bernardi, and Brian Montgomery (collectively "Defendants") by and through counsel, respectfully move, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time, up to and including November 2, 2007, within which to respond to Plaintiffs' Amended Complaint. In support of the instant motion, Defendants state as follows:

    1.    On July 18, 2007, Plaintiffs filed a Complaint in the instant case. On August 10, 2007, Plaintiffs filed a motion for summary judgment.

    2.    After receiving an extension of time, on September 27, 2007, Defendants filed a motion to dismiss, as well as an opposition to Plaintiffs' motion for summary judgment.

    3.    On October 9, 2007, Plaintiffs filed an Amended Complaint. Under the Federal Rules of Civil Procedure, Defendants have until October 26, 2007 to respond to the Amended Complaint.

4. On October 24, 2007, Plaintiffs filed a motion for a preliminary injunction in this matter. Defendants' response to this motion is due on October 29, 2007. The Court set a hearing date of October 30, 2007 on this motion for preliminary injunction, as well as motions for preliminary injunction in the case of *AmeriDream, Inc. v. Jackson,* No. 07-1752 (D.D.C.).

5. Given the workload demands of responding to the emergency motions pending in this case and others, Defendants request a short extension of time in which to respond to the Amended Complaint.

6. The extension sought is a brief extension of five business days, is made in good faith, and will not unduly delay this matter.

7. Plaintiffs' counsel has represented that he has no objection to the requested extension of time.

For the above reasons, Defendants respectfully request an extension of time until November 2, 2007 to respond to the Amended Complaint.

Dated: October 26, 2007.                                    Respectfully submitted,

                                                            PETER D. KEISLER
                                                            Assistant Attorney General

                                                            JEFFREY A. TAYLOR
                                                            United States Attorney

                                                             */s/ Tamara Ulrich*
                                                            MICHAEL SITCOV
                                                            TAMARA ULRICH
                                                            CHRISTOPHER HALL
                                                            ROBERT J. KATERBERG
                                                            SCOTT A. RISNER
                                                            Trial Attorneys
                                                            United States Department of Justice
                                                            Civil Division, Federal Programs Branch

        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        Tel: (202) 305-1432
        Fax: (202) 616-8470
        E-mail: tamara.ulrich@usdoj.gov

        Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN TRIBE, )<br>PENOBSCOT INDIAN NATION ENTERPRISES )<br>and GLOBAL DIRECT SALES, LLC, )<br> )<br>　　　　Plaintiffs, )<br> )<br>　　v. )<br> )<br>UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>*et al.*, )<br> )<br>　　　　Defendants. )<br> ) | Case Number: 1:07cv01282<br><br>Hon. Paul L. Friedman |

**ORDER**

Upon consideration of the Defendants' motion for an extension of time in which to respond to the Amended Complaint, it is hereby

ORDERED, that the motion for an extension of time is GRANTED; and it is further

ORDERED, that Defendants shall have up to and including November 2, 2007 in which to respond to the Amended Complaint.


Dated: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE