AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Penobscot Indian Nation, et al.
)
Plaintiff(s)  )   **APPEARANCE**
)
)
vs.  )   CASE NUMBER   1:07-cv-01282-PLF
United States Department of Housing and  )
Urban Development, et al.  )
Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Nicholas A. Migliaccio   as counsel in this
(Attorney's Name)

case for:  Penobscot Indian Nation, Penobscot Indian Nation Enterprises and Global Direct Sales, LLC
(Name of party or parties)

October 25, 2007
Date

*(signature)*
Signature

484366
BAR IDENTIFICATION

Nicholas A. Migliaccio
Print Name

1225 19th Street, NW, Suite 500
Address

Washington, DC    20036
City    State    Zip Code

202-429-2290
Phone Number