UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PENOBSCOT INDIAN NATION, et al.  )
                                 )
        Plaintiffs,               )
                                 )
v.                               )   Civil Action No. 07-1282 (PLF)
                                 )
UNITED STATES DEPARTMENT         )
OF HOUSING AND URBAN             )
DEVELOPMENT, et al.,             )
                                 )
        Defendants.               )
_____)

ORDER

This matter came before the Court for a hearing on October 31, 2007, on the motion of the Penobscot Indian Nation, Penobscot Indian Nation Enterprises and Global Direct Sales, LLC ("the Movants") for a preliminary injunction barring the United States Department of Housing and Urban Development ("HUD") from enforcing "Standards for Mortgagor's Investment in Mortgaged Property" ("the Regulation"), published in the Federal Register on October 1, 2007, and scheduled to take effect on October 31, 2007. Having considered the parties' briefs, the evidence submitted in support of and in opposition to the motion, and the arguments of counsel, the Court will grant the Movants' motion for a preliminary injunction for the reasons stated in open court.

Accordingly, it is hereby

ORDERED that the Motion for Preliminary Injunctive Relief [16] is GRANTED; and it is

FURTHER ORDERED that the defendant is preliminarily enjoined from enforcing the Regulation until such time as this Court has rendered a decision on the parties' motions for summary judgment; and it is

FURTHER ORDERED that all parties will be bound by the briefing schedule set out in the Stipulation and Order [10] filed by plaintiff AmeriDream, Inc. and the defendant in Civil Action No. 07-1752 and approved by the Court on October 24, 2007.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 10/31/07