IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN TRIBE, ) <br> PENOBSCOT INDIAN NATION ENTERPRISES ) <br> and GLOBAL DIRECT SALES, LLC, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br>   v. ) <br>   ) <br> UNITED STATES DEPARTMENT OF ) <br> HOUSING AND URBAN DEVELOPMENT, ) <br> *et al.*, ) <br>   ) <br>   Defendants. ) <br>   ) | Case Number: 1:07cv01282 <br><br> Hon. Paul L. Friedman |

**MOTION AND MEMORANDUM IN
SUPPORT OF MOTION FOR EXTENSION OF TIME**

Defendants United States Department of Housing and Urban Development, Alphonso Jackson, Roy A. Bernardi, and Brian Montgomery (collectively "Defendants") by and through counsel, respectfully move, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time, up to and including November 16, 2007, within which to respond to Plaintiffs' Amended Complaint. In support of the instant motion, Defendants state as follows:

1.     On July 18, 2007, Plaintiffs filed a Complaint in the instant case. On August 10, 2007, Plaintiffs filed a motion for summary judgment.

2.     After receiving an extension of time, on September 27, 2007, Defendants filed a motion to dismiss, as well as an opposition to Plaintiffs' motion for summary judgment.

3.     On October 9, 2007, Plaintiffs filed an Amended Complaint. Defendants sought an extension of time until November 2, 2007 to respond to the Amended Complaint.

4.     On October 24, 2007, Plaintiffs filed a motion for a preliminary injunction in this

matter. On October 31, 2007, the Court granted Plaintiffs' motion for a preliminary injunction, finding that they had demonstrated irreparable injury and a likelihood of success on the merits on some of their claims. Defendants are currently analyzing the Court's order and determining what action they wish to take with respect to the issues raised in this case. Defendants' determination may impact the course of this litigation.

5. If this motion is granted, the due date for responding to the Amended Complaint would fall on the current due date for summary judgment motions. This schedule would allow the parties and the Court to address all of the issues that presently are in the litigation simultaneously, conserving judicial resources.

6. The extension sought is made in good faith, and will not unduly delay this matter.

7. Plaintiffs' counsel has represented that he does not consent to the requested extension of time.

For the above reasons, Defendants respectfully request an extension of time until November 16, 2007 to respond to the Amended Complaint.

Dated: November 2, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

  /s/ Tamara Ulrich
MICHAEL SITCOV
TAMARA ULRICH
CHRISTOPHER HALL
ROBERT J. KATERBERG
SCOTT A. RISNER
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 305-1432
Fax: (202) 616-8470
E-mail: tamara.ulrich@usdoj.gov

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN TRIBE, )<br>PENOBSCOT INDIAN NATION ENTERPRISES )<br>and GLOBAL DIRECT SALES, LLC, )<br>            )<br>   Plaintiffs, )<br>            )<br>   v.       ) | Case Number: 1:07cv01282 |
|            )<br>UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>*et al.*, )<br>            )<br>   Defendants. )<br>            ) | Hon. Paul L. Friedman |

**ORDER**

Upon consideration of the Defendants' motion for an extension of time in which to respond to the Amended Complaint, it is hereby

ORDERED, that the motion for an extension of time is GRANTED; and it is further

ORDERED, that Defendants shall have up to and including November 16, 2007 in which to respond to the Amended Complaint.


Dated: _____                         _____
                                           Hon. Paul L. Friedman
                                           U.S. DISTRICT JUDGE