# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

PENOBSCOT INDIAN NATION *et al*.,                )
                                                                     )        Case No.: 07-1282 (PLF)
                                           Plaintiffs,          )
                                                                     )
                        -v-                                        )
                                                                     )
UNITED STATES DEPARTMENT OF HOUSING )
AND URBAN DEVELOPMENT *et al*.,            )
                                                                     )
                                       Defendants.          )
_____  )

## PLAINTIFFS' POSITION REGARDING THE DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME

        Plaintiffs do not oppose the defendants' request for an extension of time until November 16, 2007 to respond to the plaintiffs' Amended Complaint, but appreciate the defendants' excess of caution regarding the issue of consent.  However, the plaintiffs propose that any motion to dismiss be briefed after the completion of the scheduled briefing of the plaintiffs, AmeriDream, Incorporated and multiple intervenors APA challenge to HUD's Final Rule.

        The plaintiffs' Administrative Procedure Act ("APA") challenge to HUD's Final Rule has been placed on the same briefing schedule as the plaintiffs and multiple intervenors in the *AmeriDream, Incorporated et al v. Hon. Alphonso Jackson et al*, Civil Action No.: 07-1752 (PLF) matter.  The plaintiffs suggest that to serve judicial economy and to avoid confusion of the issues, in the anticipated event that HUD moves to dismiss the Amended Complaint, or any portion thereof, the briefing of any issues unrelated to the APA challenge to the Final Rule be conducted after the briefing of the challenge to HUD's Final Rule is complete.  As the outcome of the plaintiffs' APA challenge to the Final Rule may resolve, or lend itself to the easy

resolution of the plaintiffs remaining claims, the plaintiffs believe that this proposal serves judicial economy and places the issue before the Court in a logical sequence.

Dated:  November 6, 2007

/s/ Gary E. Mason____
Gary E. Mason
DC Bar #418073
Nicholas A. Migliaccio
DC Bar #484366
**THE MASON LAW FIRM, LLP**
1225 19th Street Northwest
Washington, D.C.  20036
(202) 429-2290


**KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.**
Michael L. Braunstein
747 Chestnut Ridge Road
Chestnut Ridge, N.Y. 10977
(845) 356-2570

Attorneys for Plaintiffs