**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PENOBSCOT INDIAN NATION, et al., </br></br>           Plaintiffs, </br>     v. </br></br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., </br></br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 07-1282 (PLF) |
| AMERIDREAM, INCORPORATED, </br></br>           Plaintiff, </br>  and </br></br> GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, PARTNERS IN CHARITY, INC., FUTURES HOME ASSISTANCE PROGRAM, and SOVEREIGN GRANT ALLIANCE, </br></br>           Intervenors, </br>     v. </br></br> HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, </br></br>           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 07-1752 (PLF) |

**DEFENDANTS' UNOPPOSED MOTION FOR
AN EXTENSION OF PAGE LIMITS**

Defendants, by and through counsel, respectfully move this Court for an extension of the page limits for their Memorandum in Support of Motions for Summary Judgment. Specifically, Defendants seek to file a memorandum no longer than 65 pages. As grounds for the motion, Defendants state the following:

1.      The memorandum is a consolidated memorandum addressing the claims in two separate cases: *Penobscott Indian Nation, et al. v. HUD*, No. 07-1282 (D.D.C.) and *AmeriDream, Inc. v. Jackson*, No. 07-1752 (D.D.C.).

2.      In addition to addressing issues in two cases, the memorandum addresses the claims of 11 different plaintiffs and plaintiff-intervenors. Because there are several groups of plaintiffs represented by different counsel, plaintiffs have the opportunity to file several hundreds of pages in support of their motions for summary judgment.

3.      Defendants believe that a consolidated memorandum is the most efficient way to address the claims of the parties in the above-captioned cases, as many of the claims overlap or are similar in nature. There are, however, some claims that are discrete to certain parties. Additionally, three are some arguments raised in Defendants' memorandum that pertain only to certain parties.

4.      In addition, the plaintiffs' claims raise a number of legally and factually complex issues that defendants must address in the memorandum. Defendants believe that a 20-page extension is reasonable, given the arguments to be addressed.

Pursuant to Local Rule 7(m), Counsel for defendants has consulted with counsel for plaintiffs and plaintiff-intervenors. Counsel for plaintiffs and plaintiff-intervenors have indicated that they do not oppose this motion.

Dated: November 16, 2007         Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

___/s/ Tamara Ulrich_____
MICHAEL SITCOV
TAMARA ULRICH
CHRISTOPHER HALL
ROBERT J. KATERBERG
SCOTT RISNER
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4778
Fax: (202) 616-8470

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 07-1282 (PLF) <br> ) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |
| AMERIDREAM, INCORPORATED, | ) <br> ) |
| Plaintiff, and | ) <br> ) <br> ) <br> ) |
| GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, PARTNERS IN CHARITY, INC., FUTURES HOME ASSISTANCE PROGRAM, and SOVEREIGN GRANT ALLIANCE, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Intervenors, | ) |
| v. | ) Civil Action No. 07-1752 (PLF) <br> ) |
| HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**ORDER**

Upon consideration of Defendants' Unopposed Motion For Extension of Page Limits, it is hereby **ORDERED** that the motion is granted. Defendants may file their Memorandum in

Support of their Motions for Summary Judgment which is not to exceed 65 pages in length.

Dated: _____

                                                        Hon. Paul L. Friedman
                                                        U.S. DISTRICT JUDGE