IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN TRIBE, )<br>PENOBSCOT INDIAN NATION ENTERPRISES )<br>and GLOBAL DIRECT SALES, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Case Number: 1:07cv01282<br><br>Hon. Paul L. Friedman |

**DEFENDANTS' MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants United States Department of Housing and Urban Development, Alphonso Jackson, Roy A. Bernardi, and Brian Montgomery (collectively "Defendants") by and through counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 12 and 56 to dismiss, or in the alternative, for summary judgment.

On November 9, 2007, the Court issued a Minute Order that stayed all briefing in this action, except for the briefing called for by the Stipulation and Order filed by the parties in *AmeriDream, Inc. v. Jackson*, Civ. No. 07-1752 (D.D.C.). Pursuant to the Court's Minute Order, at this time Defendants submit a statement of material facts and a memorandum in support of their motion only insofar as it pertains to the Final Rule entitled "Standards for Mortgagor's Investment in Mortgaged Property." 72 Fed. Reg. 56,002 (Oct. 1, 2007). Defendants will supply supporting memoranda on the remainder of this motion at the appropriate time as prescribed by the Court at a later date.

Dated: November 16, 2007          Respectfully submitted,

                                  PETER D. KEISLER
                                  Assistant Attorney General

                                  JEFFREY A. TAYLOR
                                  United States Attorney

                                   /s/ Tamara Ulrich
                                  MICHAEL SITCOV
                                  TAMARA ULRICH
                                  CHRISTOPHER HALL
                                  ROBERT J. KATERBERG
                                  SCOTT A. RISNER
                                  Trial Attorneys
                                  United States Department of Justice
                                  Civil Division, Federal Programs Branch
                                  20 Massachusetts Ave., N.W.
                                  Washington, D.C. 20530
                                  Tel: (202) 305-1432
                                  Fax: (202) 616-8470
                                  E-mail: tamara.ulrich@usdoj.gov

                                  Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN TRIBE, )<br>PENOBSCOT INDIAN NATION ENTERPRISES )<br>and GLOBAL DIRECT SALES, LLC, )<br>       )<br>       Plaintiffs, )<br>       )<br>v.     )<br>       )<br>UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>*et al.*, )<br>       )<br>       Defendants. )<br>       ) | Case Number: 1:07cv01282<br><br>Hon. Paul L. Friedman |

**ORDER**

Upon consideration of the Defendants' motion to dismiss or, in the alternative for summary judgment, it is hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that judgment is entered in favor of Defendants.


Dated: _____                              _____
                                               Hon. Paul L. Friedman
                                               U.S. DISTRICT JUDGE