UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HOUSING AND URBAN )<br>DEVELOPMENT, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-1282 (PLF) |
| AMERIDREAM, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, Secretary, )<br>United States Department of Housing and )<br>Urban Development, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-1752 (PLF) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the motion for summary judgment in Civil Action No. 07-1282 by the Penobscot Indian Nation, Penobscot Indian Nation Enterprises, and Global Direct Sales, LLC [28] is GRANTED; it is

FURTHER ORDERED that the motion for summary judgment in Civil Action No. 07-1282 by the United States Department of Housing and Urban Development [30] is

DENIED; it is

FURTHER ORDERED that the motions for summary judgment in Civil Action No. 07-1752 by Freedom Home Baptist Church, Inc. and Dove Foundation, Inc. [37]; Genesis Foundation and Home Downpayment Gift Foundation [38]; Partners in Charity, Inc., Futures Home Assistance Program, and Sovereign Grant Alliance [39]; and AmeriDream, Inc. [42] are GRANTED; it is

FURTHER ORDERED that the motion for summary judgment in Civil Action No. 07-1752 by the United States Department of Housing and Urban Development [41] is DENIED; and it is

FURTHER ORDERED that the final rule entitled Standards for Mortgagor's Investment in Mortgaged Property, 72 Fed. Reg. 56,002 (Oct. 1, 2007) (codified at 24 C.F.R. § 203.19) is vacated and remanded to the United States Department of Housing and Urban Development.  The Clerk of this Court shall remove Civil Action No. 07-1752 from the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 5, 2008