UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
PENOBSCOT INDIAN NATION, *et al.*,   )
                                           )
      Plaintiffs,                )
                                           )
  v.                               )    Civil Action No. 07-1282 (PLF)
                                           )
UNITED STATES DEPARTMENT        )
OF HOUSING AND URBAN             )
DEVELOPMENT, *et al.*,                )
                                         )
     Defendants.               )
_____)

## ORDER

In light of the Opinion issued this same day in Civil Action No. 07-1282 and Civil Action No. 07-1752, it is hereby

ORDERED that plaintiffs' motion for summary judgment [5] is DENIED as moot; it is

FURTHER ORDERED that defendants' motion to dismiss [12] is DENIED as moot; it is

FURTHER ORDERED that defendants' motion to dismiss [31] is DENIED as moot; it is

FURTHER ORDERED that, as plaintiffs failed to confer with defendants as required by Local Civil Rule 7(m) before filing their Corrected Notice of Plaintiffs' Statement of Position Regarding Plaintiffs' Initial Summary Judgment Motion, Defendants' Motion to Dismiss the Initial Complaint and Defendants' Unbriefed Motion to Dismiss, defendants' Motion

to Strike Plaintiffs' Notice of Statement of Position [37] is GRANTED; it is

FURTHER ORDERED that the parties to this action shall meet and confer and discuss settlement of any remaining claims in this action; and it is

FURTHER ORDERED that if the parties determine that there are remaining claims which require adjudication, the parties shall file a joint report with the Court on or before March 31, 2008.  That joint report shall inform the Court as to (1) which issues remain to be adjudicated in this matter, and (2) the parties' agreement on a proposed briefing schedule for addressing those issues.  If there are no further issues for the Court to address, the parties shall jointly submit a proposed Order and Final Judgment.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge


DATE: March 5, 2008