UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENOBSCOT INDIAN NATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-1282 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

The parties hereby move for a 10-day extension of time to file the joint report, required by the Court's second Order of March 5, 2008 (dkt. no. 40), informing the Court as to (1) which issues remain to be adjudicated in this matter, and (2) the parties' agreement on a proposed briefing schedule for addressing those issues.

Following settlement negotiations over the past two weeks, the parties have reached an agreement in principle to resolve plaintiffs' remaining claims without the need for judicial intervention.  However, defendants need a few days to obtain official approval of the settlement from the appropriate governmental authorities.  The parties anticipate filing a stipulation to resolve the remaining claims and dismiss the action within the next 10 days.  In light of this anticipated resolution, the parties submit that it would serve no useful purpose to file the joint report identifying issues and proposing a briefing schedule at this time, and respectfully seek a 10-day extension for that obligation.

Dated: March 31, 2008                              Respectfully submitted,

                                                   JEFFREY S. BUCHOLTZ
                                                   Acting Assistant Attorney General


                                                    /s/ Robert J. Katerberg
                                                   MICHAEL SITCOV
                                                   TAMARA ULRICH
                                                   CHRISTOPHER HALL
                                                   ROBERT J. KATERBERG (D.C. Bar 466325)
                                                   SCOTT RISNER
                                                   United States Department of Justice
                                                   20 Massachusetts Avenue, N.W.
                                                   Washington, D.C. 20530
                                                   Telephone: (202) 616-8298
                                                   Fax: (202) 616-8460
                                                   Robert.Katerberg@usdoj.gov

                                                   Attorneys for Defendants


                                                   KANTROWITZ, GOLDHAMER
                                                     & GRAIFMAN, P.C.


                                                    /s/ Michael L. Braunstein
                                                   MICHAEL L. BRAUNSTEIN
                                                   Attorneys for Plaintiffs
                                                   747 Chestnut Ridge Road
                                                   Chestnut Ridge, N.Y. 10977
                                                   (845) 356-2570
                                                   MBraunstein@kgglaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PENOBSCOT INDIAN NATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-1282 (PLF) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

The parties' Joint Motion for Extension of Time to File Joint Status Report is GRANTED. The joint report required by the Court's second Order of March 5, 2008 (dkt. no. 40) shall be due on or before April 14, 2008, if this case is not otherwise resolved before that date.

Dated: _____, 2008      _____
                                  PAUL L. FRIEDMAN
                                  United States District Judge